U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
RECEIVED

2004 JUN 17 PM 2: 30

MICHAEL N. MILBY, CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | § | | |
| Plaintiff, | § | | |
| | § | | |
| v. | § | CIVIL ACTION NO. | **B-04-100** |
| | § | | |
| BERETTA, USA CORP., MODEL 96, | § | | |
| .40 CALIBER SEMI-AUTOMATIC | § | | |
| PISTOL WITH SPARE MAGAZINE | § | | |
| and | § | | |
| BROWNING, MODEL BDA, | § | | |
| .380 CALIBER SEMI-AUTOMATIC | § | | |
| PISTOL WITH SPARE MAGAZINE, | § | | |
| Defendants. | § | | |

United States District Court
Southern District of Texas
FILED

JUN 1 7 2004

Michael N. Milby
Clerk of Court

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

United States of America, plaintiff, files this action for forfeiture against the following

defendant properties:

a.    Beretta, USA Corp., Model 96, .40 caliber semi-automatic pistol, serial number

BER330575, with spare magazine and

b.    Browning, Model BDA, .380 caliber semi-automatic pistol, serial number 425MN01096

with spare magazine

### *Relevant Statutes*

1.    This is a civil action in rem brought to enforce the provisions of 18 U.S.C.§

924(d)(1) which provides for the forfeiture of any firearm or ammunition involved in a violation

of 18 U.S.C. §§922 (g)(1).  Under Section 922 (g)(1) it is unlawful for any person, who has been

convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to

possess in or affecting interstate or foreign commerce any firearm or ammunition.

2.    The Court has jurisdiction under 28 U.S.C. §§1345 and 1355.

3.      Venue is proper in this Court under 28 U.S.C. §§1391(b), 1395 (a) and (b).

4.      The defendant properties were, are, and will remain within the Court's jurisdiction during this action.

*Facts*

5.      On June 3, 2002, in Cameron County, Texas, Cause No. 02-CR-43-C, 197th District Court, Mauricio Escandon was convicted of the felony offense of theft, a crime punishable by imprisonment for a term exceeding one year.

6.      During an investigation on January 23, 2004, agents from the Bureau of Alcohol, Tobacco, Firearms and Explosive found Mauricio Escandon in possession of a Beretta, USA Corp., Model 96, .40 caliber semi-automatic pistol, serial number BER330575, with spare magazine, and a Browning, Model BDA, .380 caliber semi-automatic pistol, serial number 425MN01096 with spare magazine. The firearms and ammunition were found in Mauricio Escandon's home. Mauricio Escandon's wife told the agents that the Beretta, USA Corp., Model 96, .40 caliber semi-automatic pistol was purchased by her, but a confidential source said that the firearm was purchased for her husband Mauricio Escandon. Mauricio Escandon told the agents that he did purchase the Browning, Model BDA, .380 caliber semi-automatic pistol. Mauricio Escandon has been charged by indictment with felon in possession of firearms in violation of 18 U.S.C. §922(g)(1) in *United States v. Mauricio Escandon*, Criminal Number B-04-166.

7.      None of the firearms or ammunition was manufactured in Texas, and all have traveled in interstate commerce.

8.      Defendant properties were involved in violations of 18 U.S.C. §§922 (g) and because of that they are forfeitable under 18 U.S.C.§ 924(d)(1).

*Relief Requested*

9.     Plaintiff requests:

a.     An arrest warrant and summons, citing all persons having an interest in defendant

properties to appear on the return day of process by filing a claim and answer pursuant to

Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims, or as ordered

by the Court;

b.     A judgment of forfeiture; and

c.     Costs and other relief to which the plaintiff may be entitled.

                                    Respectfully submitted,

                                    Michael T. Shelby
                                    United States Attorney

By:

                                    Albert Ratliff
                                    Attorney-in-Charge
                                    NY Bar No. 1073907
                                    SDTX Bar No. 6764
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    P. O. Box 61129
                                    Houston, Texas  77208
                                    Office (713) 567-9579
                                    Fax (713) 718-3300


                            VERIFICATION

        I, Tom King, am a Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives,

declare under penalty of perjury as provided by 28 U.S.C. §1746 that I have read the foregoing

Verified Complaint for Civil Forfeiture In Rem, and that the facts stated therein are based upon

my personal knowledge or from  information obtained in the course of my investigation and are

-3-

true and correct to the best of my knowledge and belief.

Executed on June 14, 2004.

Tom King, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

-4-