Case 1:04-cv-00100   Document 2   Filed in TXSD on 06/17/2004   Page 1

United States District Court
Southern District of Texas
FILED

JUN 1 7 2004

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA v.

BARETTA, USA CORP. MODEL 96, .40 CALIBER SEMI-AUTOMATIC PISTOL WITH SPARE MAGAZINE AND BROWNING, MODEL BDA, .380 CALIBER SEMI-AUTOMATIC PISTOL, WITH SPARE MAGAZINE

Civil No. **B-04-100**

NOTICE OF INTENT TO FORFEIT

The United States of America intends to forfeit **Baretta, USA Corp. Model 96, .40 Caliber Semi-automatic Pistol with Spare Magazine and Browning, Model BDA, .380 Caliber Semi-automatic Pistol, with Spare Magazine.**

Anyone with a legal interest in the Defendant Property who seeks to contest the forfeiture must file a claim the manner set forth in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, within 30 days after execution of process, and an answer within 20 days thereafter. Such pleadings shall be filed with the U.S. District Clerk, 234 Federal Bldg., 500 E. 10TH, Brownsville, Texas 78520, with a copy to Albert Ratliff, Assistant U.S. Attorney, P.O. Box 61129, Houston, Texas 77208.