3

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 7 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>BERETTA, USA CORP., MODEL 96,<br>    .40 CALIBER SEMI-AUTOMATIC<br>    PISTOL WITH SPARE MAGAZINE<br>    and<br>BROWNING, MODEL BDA,<br>    .380 CALIBER SEMI-AUTOMATIC<br>    PISTOL WITH SPARE MAGAZINE,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.   **B-04-100** |

GOVERNMENT'S MOTION FOR WARRANT OF ARREST AND SUMMONS
===

United States of America, plaintiff, moves warrant of arrest and summons for defendant

properties pursuant to Rule C(3)(a)(i), Supplemental Rules for Certain Admiralty and Maritime

Claims.  Rule C(3)(a)(i) states that:

> When the United States files a complaint demanding a forfeiture for violation of a federal
> statute, the clerk must promptly issue a summons and a warrant for the arrest of the . . .
> property. . . .

The complaint demands forfeiture of the listed defendant properties for violation of 18 U.S.C.

§§922 (g)(1) (felon in possession of a firearm).  The forfeiture provision of 18 U.S.C.§ 924(d)(1)

provides for the forfeiture of any firearm or ammunition involved in a violation of 18 U.S.C.

§§922 (g)(1).

Accordingly, the government respectfully requests the issuance of an arrest warrant and summons.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

By: _Ricardo Lara_____

RICARDO LARA
Assistant U.S. Attorney
By permission of
Albert Ratliff
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
Assistant United States Attorney
United States Attorney's Office
P. O. Box 61129
Houston, Texas  77208
Office (713) 567-9579
Fax (713) 718-3300

2