UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-CV-100 |
| | § | |
| BERETTA, USA CORP., MODEL 96, | § | |
| .40 CALIBER SEMI-AUTOMATIC | § | |
| PISTOL WITH SPARE MAGAZINE | § | |
| and | § | |
| BROWNING, MODEL BDA, | § | |
| .380 CALIBER SEMI-AUTOMATIC | § | |
| PISTOL WITH SPARE MAGAZINE, | § | |
| Defendants. | § | |

## ORDER TO ISSUE WARRANT OF ARREST AND SUMMONS

It is ORDERED that the government's motion for a summons and warrant for the arrest of defendant properties pursuant to Rule C(3)(a)(i), Supplemental Rules for Certain Admiralty and Maritime Claims, is granted. The Clerk of the Court shall issue a Warrant of Arrest and Summons for the above listed properties.

Signed June 25, 2004, at Brownsville, Texas

_____
United States District Judge