

# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

United States District Court
Southern District of Texas
FILED

JUL 2 2 2004

Michael N. Milby
Clerk of Court

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>B-04- *100* |
|---|---|
| DEFENDANT<br>Beretta, USA Corp. Model 96, .40 Caliber Semi-Automatic Pistol and Browning, Model BDA, .380 Caliber Semi-Automatic Pistol, et al | TYPE OF PROCESS<br><br>PERSONAL SERVICE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>JESSICA ESCOBEDO |
|---|---|
| | 1402 WEST SAINT CHARLES, BROWNSVILLE, TEXAS 78520 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>ALBERT RATLIFF<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>PO BOX 61129<br>HOUSTON, TEXAS 77208-1129 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

**PLEASE SERVE A COPY OF THE COMPLAINT/NOTICE & JUDGE PROCEDURES**

| Signature of Attorney or Other Originator requesting service on behalf of [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(713) 567-9579 | Date<br>Jun 15, 2004<br>7-9-04 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: *DOJ* | | Date |

### SPACE BELOW FOR USE OF ~~TREASURY~~ LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin<br>No. (X) Sou TX | District to Serve<br>No. (X) Sou TX | SIGNATURE OF AUTHORIZED ~~TREASURY~~ DOJ AGENCY OFFICER: | Date<br>7/14/04 |
|---|---|---|---|---|

I hereby Certify and Return That I [X] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.)<br>Willacy County Regional Detention Facility<br>1601 Buffalo Dr<br>Raymondville, TX 78580 | Date of Service<br>7/4/04 | Time of Service<br>2:45 | [ ] AM<br>[X] PM |
| | Signature, Title and Treasury Agency<br>Thomas King, SA, ATF | | |

REMARKS: Paperwork served, all property attached at 801 W. Nolana Loop, Ste 220 in McAllen FD evidence vault.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT  ☐ FOR CASE FILE  ☐ LEAVE AT PLACE OF SERVICE  ☐ FILE COPY