7 B





United States District Court
Southern District of Texas
FILED

## Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

JUL 2 2 2004

Michael N. Milby
Clerk of Court

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>B-04-100 |
|---|---|
| DEFENDANT<br>Beretta, USA Corp. Model 96, .40 Caliber Semi-Automatic Pistol and Browning, Model BDA, .380 Caliber Semi-Automatic Pistol, et al | TYPE OF PROCESS<br>COMPLAINT - Execution |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>RICARDO SERRANO, RESIDENT AGENT IN CHARGE<br>BUREAU OF ATF AND EXPLOSIVES |
|---|---|
| | 801 WEST NOLANA, SUITE 220, MCALLEN, TX 78504 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>ALBERT RATLIFF<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>PO BOX 61129<br>HOUSTON, TEXAS 77208-1129 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

**COMPLAINT FOR FORFEITURE IN REM ATTACHED**

| Signature of Attorney or other Originator requesting service on behalf of  [X] Plaintiff  [ ] Defendant | Telephone No.<br>(713) 567-9569 | Date<br>June 15, 2004 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS:   DOJ | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin<br>No. TX South | District to Serve<br>No. TX Southern | SIGNATURE OF AUTHORIZED TREASURY DOJ AGENCY OFFICER: | Date<br>7/14/04 |
|---|---|---|---|---|

I hereby Certify and Return That I [✓] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>7/14/04 | Time of Service<br>10:15 | [✓] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>Thomas King, SA, ATF | | |
| REMARKS: Paperwork served on property + attached at 801 W. Nolana Loop, Ste 220 in McAllen FO evidence vault. | | | |

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY