

United States District Court
Southern District of Texas
FILED

JUL 2 2 2004

Michael N. Milby
Clerk of Court

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>B-04- *100* |
|---|---|
| DEFENDANT<br>Beretta, USA Corp. Model 96, .40 Caliber Semi-Automatic Pistol and Browning, Model BDA, .380 Caliber Semi-Automatic Pistol, et al | TYPE OF PROCESS<br><br>PERSONAL SERVICE |

| **SERVE AT** | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>MAURICIO ESCANDON |
|---|---|
| | 1402 WEST SAINT CHARLES, BROWNSVILLE, TEXAS 78520 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>ALBERT RATLIFF<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>PO BOX 61129<br>HOUSTON, TEXAS 77208-1129 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

**PLEASE SERVE A COPY OF THE COMPLAINT, NOTICE & JUDGE PROCEDURES**

| Signature of Attorney or Other Originator requesting service on behalf of  [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(713) 567-9579 | Date<br>~~Jun 15,~~ 2004<br>7-9-04 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS:  DOJ | | Date |

### SPACE BELOW FOR USE OF ~~TREASURY~~ LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. X South | District to Serve No. X Southern | SIGNATURE OF AUTHORIZED ~~TREASURY~~ DOJ AGENCY OFFICER: | Date 7/14/04 |
|---|---|---|---|---|

X  I hereby Certify and Return That I [✓] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| ADDRESS: (Complete only if different than shown above.)<br>Willacy Co. Regional Detention Facility<br>1601 Buffalo Dr.<br>Raymondville, TX 78580 | Date of Service<br>7/14/04 | Time of Service<br>~~10:15~~<br>2:45 | [ ] AM<br>[X] PM |
|---|---|---|---|
| | Signature Title and DOJ Agency<br>Thomas King, SA, ATF | | |

REMARKS: Paperwork served on property attached at 80 W. Nolana Loop, Ste 230 in McAllen FO evidence vault.

XX
XXX

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY