

United States District Court
Southern District of Texas
FILED

SEP 2 2 2004

Michael N. Milby, Clerk

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>B-04- *100* |
|---|---|
| DEFENDANT<br>Beretta, USA Corp. Model 96, .40 Caliber Semi-Automatic Pistol and Browning, Model BDA, .380 Caliber Semi-Automatic Pistol, et al | TYPE OF PROCESS<br>PUBLICATION<br>782055-04-0041 |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>SEIZED PROPERTY SECTION<br>BUREAU OF ATF & EXPLOSIVES, ROOM 7460 |
|---|---|
| | 650 Massachusetts Ave., N.W., Techworld 680, Washington, D.C. 20226-0013 |

| Send NOTICE OF SERVICE copy to Requester:<br>ALBERT RATLIFF<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>BOX 61129<br>HOUSTON, TEXAS 77208-1129 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

NOTICE OF FORFEITURE ATTACHED. PLEASE PUBLISH IN THE LOCAL NEWSPAPER FOR THREE CONSECUTIVE WEEKS AND PROVIDE A VOUCHER AND A COPY OF THE PUBLICATION NOTICE TO THE AUSA AS SOON AS POSSIBLE AFTER THE LAST DAY OF PUBLICATION.

| Signature of Attorney or other Originator requesting service on behalf of  [X] Plaintiff  [ ] Defendant | Telephone No.<br>(713) 567-9579 | Date<br>7/9/04 ~~Jun 15, 2004~~ |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date<br>7-28-04 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency | | |

REMARKS:

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

COUNTY OF HARRIS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on the day personally appeared: VICKI EUBANKS, who after being duly sworn, says that she is the SUPERVISOR-ACCOUNTS RECEIVABLE at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas, and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to-wit:

---

BUREAU OF ALCOHOL TOBACCO    18756839    6203514
RAN A LEGAL NOTICE
SIZE BEING: 1 X 46 L

| product | date        | class  | page       |
|---------|-------------|--------|------------|
| hc      | Aug  2 2004 | 1245.0 | F_mond_O18 |
| hc      | Aug  9 2004 | 1245.0 | F_mond_O18 |
| hc      | Aug 16 2004 | 1245.0 | F_mond_O20 |

---

*[signature: Vicki Eubanks]*

VICKI EUBANKS
SUPERVISOR - ACCOUNTS RECEIVABLE

Sworn and subscribed to before me, this the 16th Day of August A.D. 2004

*[signature: Penny Stow]*

Notary Public in and for the State of Texas

*[Seal: PENNY STOW, NOTARY PUBLIC, STATE OF TEXAS, My Commission Expires Feb. 4, 2006]*

UNITED STATES OF AMERICA v. BARETTA, USA CORP. MODEL 96, .40 CALIBER SEMI-AUTOMATIC PISTOL WITH SPARE MAGAZINE AND BROWNING, MODEL BDA, .380 CALIBER SEMI AUTOMATIC PISTOL, WITH SPARE MAGAZINE

Civil No. B-04-100

**NOTICE OF INTENT TO FORFEIT**

The United States of America intends to forfeit Baretta USA Corp. Model 96, .40 Caliber Semi-automatic Pistol with Spare Magazine and Browning, Model BDA, .380 Caliber Semi-automatic Pistol, with Spare Magazine.

Anyone with a legal interest in the Defendant Property who seeks to contest the forfeiture must file a claim the manner set forth in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, within 30 days after execution of process, and an answer within 20 days thereafter. Such pleadings shall be filed with the U.S. District Clerk, 234 Federal Bldg., 500 E. 10th, Brownsville, Texas 78520, with a copy to Albert Ratliff, Assistant U.S. Attorney, P.O. Box 61129, Houston, Texas 77208.