United States District Court
Southern District of Texas
FILED

OCT 21 2004

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-04-100 |
| BERETTA, USA CORP. MODEL 96 .40<br>CALIBER SEMI-AUTOMATIC PISTOL<br>WITH SPARE MAGAZINE AND<br>BROWNING MODEL BDA, .380<br>CALIBER SEMI-AUTOMATIC PISTOL<br>WITH SPARE MAGAZINE<br>　　　　Defendant. | § | |

## GOVERNMENT'S MOTION FOR DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE

United States of America, plaintiff, moves under Fed. R. Civ. P. 55 for a default judgment and final judgment of forfeiture, against all defendant properties.

1. On June 17, 2004, a Complaint for Forfeiture in Rem was filed (Dkt. #1) against a Beretta, USA Corp. Model 96 .40 caliber semi-automatic pistol with spare magazine and a Browning Model BDA, .380 caliber semi-automatic pistol with spare magazine.

2. The complaint was served on:

　　a.　The custodian of the defendant properties, at the Bureau of Alcohol, Tobacco, Firearms and Explosives on July 14, 2004 (Dkt. #7);

　　b.　Jessica Escobedo on July 4, 2004 (Dkt. #6); and

  c. Mauricio Escandon on July 14, 2004 (Dkt. #8).

3. Notice of intent to forfeit the defendant properties was published in the *Houston Chronicle* on August 2, 9, and 16, 2004, (Dkt. #2).

4. More than 30 days has passed since service by mail and by publication and to date no one has filed a timely verified claim and answer to the complaint as required by Rule C(6) of the Supplemental Rules of Civil Procedure for Certain Admiralty and Maritime Actions.

5. Accordingly, pursuant to Fed. R. Civ. P. 55, plaintiff moves for a Default Judgment and Final Judgment of Forfeiture against the Beretta, USA Corp. Model 96 .40 caliber semi-automatic pistol with spare magazine and Browning Model BDA .380 caliber semi-automatic pistol with spare magazine.

          Respectfully submitted,

          MICHAEL T. SHELBY
          United States Attorney

          _____
          Jody L. Young, for Albert Ratliff
          ASSISTANT U. S. ATTORNEY
          SDTX Bar No. 6764
          United States Attorney's Office
          P. O. Box 61129, Houston, Texas 77208
          Office (713) 567-9579
          Fax (713) 718-3300