UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-04-100 |
| BERETTA, USA CORP. MODEL 96 .40 CALIBER SEMI-AUTOMATIC PISTOL WITH SPARE MAGAZINE AND BROWNING MODEL BDA, .380 CALIBER SEMI- AUTOMATIC PISTOL WITH SPARE MAGAZINE<br>Defendant. | § | |

## DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE

BE IT REMEMBERED that the United States of America has moved for Default Judgment and Final Judgment of Forfeiture. The United States of America has shown the Court that all potential claimants were served with notice of this action and that no person has filed a claim or answer. The Government's Motion is granted.

IT IS ORDERED that:

1. The Beretta, USA Corp. Model 96 .40 caliber semi-automatic pistol with spare magazine; and

2. The Browning Model BDA, .380 caliber semi-automatic pistol with spare magazine are forfeited to the United States of America.

3. All persons claiming any right, title or interest in or to the defendant properties are held in default.

4. The defendant properties shall be disposed of by the Bureau of Alcohol, Tobacco, Firearms and Explosives.

This is a Final Judgment of Forfeiture.

Done at Brownsville, Texas, this _____ day of October, 2004.

_____
Hilda G. Tagle
United States District Judge