IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> vs. <br><br> BERETTA, USA CORP.MODEL 96.40 <br> CALIBER SEMI-AUTOMATIC PISTOL <br> WITH SPARE MAGAZINE AND <br> BROWNING MODEL BDA, .380 <br> CALIBER SEMI-AUTOMATIC PISTOL <br> WITH SPARE MAGAZINE, <br> Defendants. | § § § § § § § § § § § § § C.A. No. B-04-100 |

### GOVERNMENT'S MOTION TO ALLOW APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY NANCY MASSO (OPPOSITION UNKNOWN)

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, plaintiff herein, moves to allow Assistant United States Attorney, Nancy Masso, to appear on behalf of the United States at the Initial Pretrial and Scheduling Conference, Monday, October 25, 2004.

Assistant United States Attorney in charge of this case, Albert Ratliff, is unable to appear at the hearing due to illness. The government requests that Assistant United States Attorney, Nancy Masso, be allowed to appear in Mr. Ratliff's stead at the hearing in this case. Ms. Masso is familiar with the facts of this case and is authorized to appear in the United States District Courts for the Southern District of Texas.

### *Statement Regarding Inability to Consult*

Based upon information presently before me, I certify that I am unable to consult with any potential claimants to the defendant property at issue. No claims to the defendant property have been filed or served upon the government; as such, the government lacks sufficient information upon which it may attempt a consultation regarding this motion with any potential claimants to the property at issue.

WHEREFORE, PREMISES CONSIDERED, the Government prays that this Court allow Assistant United States Attorney Nancy Masso to appear in the stead of Assistant

United States Attorney Albert Ratliff at the October 25, 2004, hearing scheduled in this case.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

NANCY L. MASSO
Assistant U.S. Attorney
600 E. Harrison, #201
Brownsville, TX 78520
(956) 548-2554 Fax (956) 548-2549
Texas State Bar No. 00800490
Federal I.D. No. 10263

On Behalf of:

Albert Ratliff
Assistant United States Attorney
United States Attorney's Office
P.O. Box 61129
Houston, Texas 77208
Tel:    (713) 567-9579
Fax:   (713) 718-3300
Federal I.D. No. 6764

## CERTIFICATE OF SERVICE

I certify that a copy of the "GOVERNMENT'S MOTION TO ALLOW APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY NANCY MASSO" will be hand delivered on October 25, 2004, to all counsel of record and/or claimants appearing in this case.

/s/Nancy L. Masso
NANCY L. MASSO
Assistant United States Attorney