**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | |
| BERETTA, USA CORP.MODEL 96.40<br>CALIBER SEMI-AUTOMATIC PISTOL<br>WITH SPARE MAGAZINE AND<br>BROWNING MODEL BDA, .380<br>CALIBER SEMI-AUTOMATIC PISTOL<br>WITH SPARE MAGAZINE,<br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. B-04-100 |

## *ORDER GRANTING GOVERNMENT'S MOTION TO ALLOW APPEARANCE OF AUSA NANCY MASSO*

Today, this Court considered the Government's motion seeking to allow the appearance of Assistant United States Attorney, Nancy Masso, to appear in the stead of Assistant United States Attorney, Albert Ratliff, who has been assigned to be attorney in charge for the Government in this case. Having considered the motion, this Court finds that it should be GRANTED.

THEREFORE, IT IS ORDERED that Assistant United States Attorney Nancy Masso be allowed to appear in the stead of Assistant United States Attorney, Albert Ratliff, at the October 25, 2004 Initial Pretrial Conference scheduled in this case.

Signed: _____

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE