## Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

NOV 0 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Kovacevic    ■ Levesque |
| DATE | 10 / 25 / 04 |
| TIME | 10:46 a.m. — 10:48 a.m. |
| CIVIL ACTION | B / 04 / 100 |
| STYLE | USA *versus* BERETTA USA CORP, ET AL. |

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;        (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):        Nancy Masso
Attorney(s) for Defendant(s):       N/A

---

Comments:

Motion for Default judgment filed. Court noted that Court's address on published notice of intent to forfeit was wrong, and so the Gov't should republish with correct address. Only then will Court grant Motion for Default.