UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-100 |
| | § | |
| BERETTA, USA CORP., MODEL 96, | § | |
| .40 CALIBER SEMI-AUTOMATIC | § | |
| PISTOL WITH SPARE MAGAZINE | § | |
| and | § | |
| BROWNING, MODEL BDA, | § | |
| .380 CALIBER SEMI-AUTOMATIC | § | |
| PISTOL WITH SPARE MAGAZINE, | § | |
| Defendants. | § | |

GOVERNMENT'S MOTION FOR RECONSIDERATION OF
GOVERNMENT'S MOTION FOR DEFAULT JUDGMENT AND
FINAL JUDGMENT OF FORFEITURE

United States of America, plaintiff, moves for reconsideration of its motion for default judgment and final judgment of forfeiture. Previously, the government moved for a default judgment because no claim had been filed. It was noted that the publication notice had an incorrect address for the Court. Notice with the correct address was published on December 1st, 8th, and 15th, 2004, in the *Houston Chronicle*. Exhibit 1. No claim or answer has been filed, and the 30-day filing period after the last day of publication has expired. Accordingly, the government requests reconsideration of the motion default judgment and a final judgment of forfeiture.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

By: /s/ Albert Ratliff

        Albert Ratliff
        Attorney-in-Charge
        NY Bar No. 1073907
        SDTX Bar No. 6764
        Assistant United States Attorney
        United States Attorney's Office
        P. O. Box 61129
        Houston, Texas  77208
        Office (713) 567-9579
        Fax (713) 718-3300