


RECEIVED

NOV 0 9 2004

ASSET FORFEITURE &
SEIZED PROPERTY BRANCH

United States Courts
Southern District of Texas
FILED

FEB 1 5 2005

Michael N. Milby, Clerk of Court

782058-04-0046

## Department of the Treasury
*Federal Law Enforcement Agencies*

### PROCESS RECEIPT AND RETURN

| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER B-04-100 |
|---|---|
| **DEFENDANT** Beretta, USA Corp. Model 96, .40 Caliber Semi-Automatic Pistol and Browning, Model BDA, .380 Caliber Semi-Automatic Pistol, et al | TYPE OF PROCESS **PUBLICATION** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize SEIZED PROPERTY SECTION BUREAU OF ATF & EXPLOSIVES, ROOM 7460 |
|---|---|
| | 650 Massachusetts Ave., N.W., Techworld 680, Washington, D.C.  20226-0013 |

| Send NOTICE OF SERVICE copy to Requester: ALBERT RATLIFF ASSISTANT U.S. ATTORNEY OFFICE OF THE UNITED STATES ATTORNEY PO BOX 61129 HOUSTON, TEXAS  77208-1129 | Number Of Process To Be Served In This Case. | |
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

NOTICE OF FORFEITURE ATTACHED.  PLEASE PUBLISH IN THE LOCAL NEWSPAPER FOR THREE CONSECUTIVE WEEKS AND PROVIDE A VOUCHER AND A COPY OF THE PUBLICATION NOTICE TO THE AUSA AS SOON AS POSSIBLE AFTER THE LAST DAY OF PUBLICATION.

| Signature of Attorney or other Originator requesting service on behalf of  [ X ]Plaintiff  [ ]Defendant | Telephone No. (713) 567-9579 | Date October 25, 2004 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date 1-27-04 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | Date 1-27-04 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: Bureau of ATF Asset Forfeiture / Seized Property Branch | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (complete only if different than shown above.) 650 Massachusetts Ave., NW Techworld, Suite 710 Washington, DC  20226 | Date of Service | Time of Service [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency  Seizure + forf. Specialist | |

REMARKS:  Attached is the proof of publication + affidavit from the above ref. paper.  thanks

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

COUNTY OF HARRIS:

Before me, the undersigned authority, a Notary Public in and for the State
of Texas, on the day personally appeared: GAIL FEAGINS, who after being duly
sworn, says that she is the SUPERVISOR-ACCOUNTS RECEIVABLE at the HOUSTON
CHRONICLE, a daily newspaper published in Harris County, Texas, and that the
publication, of which the annexed herein, or attached to, is a true and correct
copy, was published to-wit:

BUREAU OF ALCOHOL TOBACCO    19219681      6203514
RAN A LEGAL NOTICE
SIZE BEING: 1 X 48 L
         product   date          class      page
         hc        Dec  1 2004   1245.0     G_wedal18
         hc        Dec  8 2004   1245.0     G_wedal112
         hc        Dec 15 2004   1245.0     G_wedal110

GAIL FEAGINS
SUPERVISOR - ACCOUNTS RECEIVABLE

Sworn and subscribed to before me, this the 15th Day of December A.D. 2004

PENNY STOW
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires Feb. 4, 2005

Notary Public in and for the State of Texas

UNITED STATES OF
AMERICA v.
BARETTA, USA CORP.
MODEL 96, .40 CALIBER
SEMI-AUTOMATIC PIS-
TOL WITH SPARE
MAGAZINE AND
BROWNING, MODEL
BDA, .380 CALIBER
SEMI AUTOMATIC PIS-
TOL WITH SPARE
MAGAZINE
Civil No. B-04-100

**NOTICE OF INTENT TO
FORFEIT**

The United States of
America has filed a com-
plaint for forfeiture in rem
to forfeit Baretta, USA
Corp. Model 96, .40 Cali-
ber Semi-automatic Pis-
tol with Spare Magazine
and Browning, Model
BDA, .380 Caliber Semi-
automatic Pistol, with
Spare Magazine.

Anyone with a legal inter-
est in the subject property
who seeks to contest the
forfeiture must file a
claim in the manner set
forth in Rule C of the
Supplemental Rules for
Certain Admiralty and
Maritime Claims, within
30 days after the date of
final publication of the fil-
ing of the complaint, and
an answer within 20 days
thereafter. Such pleadings
shall be filed with the U.S.
District Clerk, 600 East
Harrison, Ste. 101,
Brownsville, Texas 78520-
7114, with a copy to Albert
Ratliff, Assistant U.S. At-
torney, P.O. Box 61129,
Houston, Texas 77208.



**RECEIVED**

NOV 0 9 2004

**ASSET FORFEITURE & SEIZED PROPERTY BRANCH**

## Department of the Treasury
*Federal Law Enforcement Agencies*

### PROCESS RECEIPT AND RETURN    782055-04-0046

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>B-04-100 |
|---|---|

| DEFENDANT<br>Beretta, USA Corp. Model 96, .40 Caliber Semi-Automatic Pistol and Browning, Model BDA, .380 Caliber Semi-Automatic Pistol, et al | TYPE OF PROCESS<br><br>PUBLICATION |
|---|---|

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>SEIZED PROPERTY SECTION<br>BUREAU OF ATF & EXPLOSIVES, ROOM 7460 |
|---|---|
| | 650 Massachusetts Ave., N.W., Techworld 680, Washington, D.C.  20226-0013 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>ALBERT RATLIFF<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>PO BOX 61129<br>HOUSTON, TEXAS  77208-1129 | Number Of Process To Be<br>Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be<br>Served In This Case. | |
| | Check Box If Service Is On USA | |

NOTICE OF FORFEITURE ATTACHED. PLEASE PUBLISH IN THE LOCAL NEWSPAPER FOR THREE CONSECUTIVE WEEKS AND PROVIDE A VOUCHER AND A COPY OF THE PUBLICATION NOTICE TO THE AUSA AS SOON AS POSSIBLE AFTER THE LAST DAY OF PUBLICATION.

| Signature of Attorney or other Originator requesting service on behalf of    [ X ]Plaintiff<br>                    [   ]Defendant | Telephone No.<br>(713) 567-9579 | Date<br>October 25, 2004 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date 11-27-04 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the<br>Total # of Process Indicated. | District of<br>Origin<br>No. | District to Serve<br>No. | SIGNATURE OF AUTHORIZED TREASURY<br>AGENCY OFFICER | Date<br>11-27-04 |
|---|---|---|---|---|

I hereby Certify and Return That I [   ] PERSONALLY SERVED, [   ] HAVE LEGAL EVIDENCE OF SERVICE, [   ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[   ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served if not shown above:<br>Bureau of ATF<br>Asset Forfeiture / Seized Property Branch | [   ] A Person of suitable age and discretion then residing in the<br>defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.)<br>650 Massachusetts Ave., NW<br>Techworld, Suite 710<br>Washington, DC 20226 | Date of  Service | Time of  Service    [   ] AM<br>                    [   ] PM |
| | Signature, Title and Treasury Agency   Seizure + forf.<br>                    Specialist | |

REMARKS: Attached is the proof of publication + affadavit from the above ref. paper. thanks

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FIL...

PENGAD-Bayonne,N.J.

PLAINTIFF'S EXHIBIT
1

Case 4:03-cv-40770 Document 162  Filed in TXSD on 12/15/2004  Page 5 of 6
CLASSIFIEDS

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

COUNTY OF HARRIS:

Before me, the undersigned authority, a Notary Public in and for the State
of Texas, on the day personally appeared: GAIL FEAGINS, who after being duly
sworn, says that she is the SUPERVISOR-ACCOUNTS RECEIVABLE at the HOUSTON
CHRONICLE, a daily newspaper published in Harris County, Texas, and that the
publication, of which the annexed herein, or attached to, is a true and correct
copy, was published to-wit:

---

BUREAU OF ALCOHOL TOBACCO   19219681     6203514
RAN A LEGAL NOTICE
SIZE BEING: 1 X 48 L

| product | date | class | page |
|---|---|---|---|
| hc | Dec  1 2004 | 1245.0 | G_wedall8 |
| hc | Dec  8 2004 | 1245.0 | G_wedall12 |
| hc | Dec 15 2004 | 1245.0 | G_wedall10 |

---

*Gail Feagins*

GAIL FEAGINS
SUPERVISOR - ACCOUNTS RECEIVABLE

Sworn and subscribed to before me, this the 15th Day of December A.D. 2004

PENNY CROW
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. Feb. 4, 2005

Notary Public in and for the State of Texas

UNITED STATES OF AMERICA v. BARETTA, USA CORP. MODEL 96, .40 CALIBER SEMI-AUTOMATIC PISTOL WITH SPARE MAGAZINE AND BROWNING, MODEL BDA, .380 CALIBER SEMI AUTOMATIC PISTOL WITH SPARE MAGAZINE

Civil No. B-04-100

**NOTICE OF INTENT TO FORFEIT**

The United States of America has filed a complaint for forfeiture in rem to forfeit **Baretta, USA Corp. Model 96, .40 Caliber Semi-automatic Pistol with Spare Magazine and Browning, Model BDA, .380 Caliber Semi-automatic Pistol, with Spare Magazine.**

Anyone with a legal interest in the subject property who seeks to contest the forfeiture must file a claim in the manner set forth in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, within 30 days after the date of final publication of the filing of the complaint, and an answer within 20 days thereafter. Such pleadings shall be filed with the U.S. District Clerk, 600 East Harrison, Ste. 101, Brownsville, Texas 78520-7114, with a copy to Albert Ratliff, Assistant U.S. Attorney, P.O. Box 61129, Houston, Texas 77208.