United States District Court
Southern District of Texas
ENTERED

APR 0 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-04-100 |
| | § | |
| BERETTA, USA CORP. MODEL 96 .40 | § | |
| CALIBER SEMI-AUTOMATIC PISTOL | § | |
| WITH SPARE MAGAZINE AND BROWNING | § | |
| MODEL BDA, .380 CALIBER SEMI- | § | |
| AUTOMATIC PISTOL WITH SPARE | § | |
| MAGAZINE, | § | |
| Defendant. | § | |

## DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE

The United States' motion for default judgment and final judgment of forfeiture is granted. The Court finds that the United States of America has shown the Court that all potential claimants were served with notice of this action and that no person has filed a claim or answer.

It is ORDERED that

1. Beretta, USA Corp., Model 96, .40 caliber semi-automatic pistol, serial number BER330575, with spare magazine, and Browning, Model BDA, .380 caliber semi-automatic pistol, serial number 425MN01096, with spare magazine are forfeited to the United States of America.

2. All persons claiming any right, title or interest in or to defendant properties are held in default.

3. The defendant properties shall be disposed of by the Bureau of Alcohol, Tobacco,

Firearms and Explosives.

This is a Final Judgment of Forfeiture.

Signed on __March 31_____, 2005, Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge